

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Robert Demison, III,

\* From the 91st District Court
   of Eastland County,
   Trial Court No. 23623.

Vs. No. 11-18-00048-CR

\* November 15, 2018

The State of Texas,

\* Per Curiam Memorandum Opinion
   (Panel consists of: Willson, J.,
   Wright, S.C.J., siting by assignment;
   and Judge Satterwhite, sitting by
   assignment)
   (Bailey, C.J., and Willson, J., not
   participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.